433 F.2d 367
 L. E. COGGINS, Plaintiff-Appellee-Cross Appellant,
v.
Harold MONTGOMERY, Defendant-Appellant-Cross Appellee.
 No. 29069.
 United States Court of Appeals, Fifth Circuit.
 Oct. 15, 1970.
 
 Frank A. Riley, Tupelo, Miss., for defendant-appellant.
 Roy O. Parker, Tupelo, Miss., for plaintiff-appellee.
 Appeal from the United States District Court, Northern District of Mississippi; William C. Keady, Chief Judge.
 Before TUTTLE, BELL and GOLDBERG, Circuit Judges.
 PER CURIAM.
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)